IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Lonnie Thompson** ) | |
| ) | Case Number: 1:24-cv-01802-CEF |
| Plaintiff, ) | |
| vs. ) | Judge: Charles E. Fleming |
| ) | |
| **Rachael Wheeler,** *et al.***,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Plaintiff Lonnie Thompson ("Thompson") files this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) respectfully dismissing the instant case without prejudice. This voluntary dismissal is based upon the good faith belief that the claims raised in the instant case have not been previously voluntary dismissed.

Dated: February 7, 2025

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: February 24, 2025

Respectfully submitted,

*Joseph Sobecki*

**Joseph Sobecki**
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Direct: (419) 283-9282
Office: (419) 242-9908
Facsimile: (419) 242-9937
Email: joseph@josephsobecki.com
*Attorney for Plaintiff, Lonnie Thompson*

1