UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

FILED
JUL 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Lonnie Thompson,
Plaintiff,

-vs-

Rachael Wheeler, et al.,
Defendants.

) Case No 1:24-CV-1802
)
) Honorable Judge Charles E.
) Fleming
)
) Honorable Magistrate Judge
) Reuben J. Sheperd

---

Motion To Stop Court Cost
From Inmate Personal Account

---

Now comes the Plaintiff, Lonnie Thompson, pro-se who respectfully requests for an Order To Stop Court Cost of filing fees.

As further explained in the Attached Memorandum In Support.

Respectfully submitted,

*Lonnie Thompson*
Lonnie Thompson, pro-se
#640-614
Trumbull Corr. Inst.
P.O. Box 901

# Memorandum In Support

The plaintiff, Lonnie Thompson, pro-se would like to being to the Courts Attention the matter of the case number 1:24-cv-1802 was voluntary dismissed. See Attached Exhibit A-1 and A-2.

This case was dismissed and granted by this Honorable Judge, Reuben J. Sheperd.

The plaintiff filed this case without counsel. The defendants in this case were joined in another filed by the plaintiff. This is why the instant was dismissed.

The plaintiff would also like to submit Exhibit B-1 and B-2, Order of granting plaintiff to proceed in forma pauperis. Athough this was dismissed by your Honor less than a month after granting the plaintiff in forma pauperis. The plaintiff was certainly grateful of said ruling.

The institution has received this Order, Exhibit B-1 and B-2, six (6) months

-2-

After this case was dismissed. The institution is trying to collect the three hundred and fifty (350.00) dollars filing fees.

I request this Honorable Court to either Order this institution to Stop Collection on the case and/or Send said Order to the Inmate Accounts Supervior at this following Address:

Supervior/Inmate Accounts
Trumbull Correctional Inst.
5701 Burnett Road
Levittsburg, OH 44430.

The plaintiff is paying on the other case that Defendants, Rachael Wheeler and Sherry Cornwell were joined into.

Respectfully submitted,

Lonnie Thompson
Lonnie Thompson, PRO SE
#640-614
Trumbull Correctional Inst.
Post Office Box 901
Levittsburg, OH 44430

-3-