Case: 1:24-cv-01802-CEF Doc #: 4 Filed: 01/13/25 1 of 2. PageID #: 70
Case: 1:24-cv-01802-CEF Doc #: 11-2 Filed: 07/28/25 1 of 2. PageID #: 96
EXHIBIT B-1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| LONNIE THOMPSON, ) | CASE NO. 1:24 CV 1802 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | REUBEN J. SHEPERD |
| ) | |
| ) | |
| RACHAEL WHEELER, *et al.*, ) | ORDER |
| ) | |
| Defendants. ) | |

Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) in this matter is granted. Pursuant to 28 U.S.C. § 1915, the total filing fee in the amount of $ 350.00 is due. An initial partial payment in the amount of $23.70 is currently due and should be deducted from Plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid. Thereafter, the prison cashier's office shall deduct, and forward to the Court, 20% of the preceding month's income credited to Plaintiff's prisoner account each time the amount in the account exceeds $10.00 until the full fee has been paid. The Clerk is directed to issue a copy of this order and the attached instructions, which are incorporated herein, to Plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the Court's financial office.

SO ORDERED. Dated:

January 13, 2025

REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE THOMPSON, | ) | CASE NO. 1:24 CV 1802 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| RACHAEL WHEELER, *et al.*, | ) | PL-3 PAYMENT FORM |
| Defendants. | ) | |

STAPLE CHECK HERE: