MR. LONNIE Thompson
#640-614
Trumbull Correctional Institution
P.O. Box 901
Leavittsburg, OH 44430

CLEVELAND OH 440
24 JUL 2025 PM

Clerk of the Court
U.S. District Court
Carl B. Stokes Federal Courth
801 W. Superior Ave
Cleveland OH